UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE HATHON TAYLOR, IV | CIVIL ACTION |
| VERSUS | NUMBER: 23-1547 |
| ENRIQUE HERNANDEZ, et al. | SECTION: "T"(1) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that plaintiff's Complaint is DISMISSED under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.

New Orleans, Louisiana, this __18th__ day of July, 2023.

_____
GREG G. GUIDRY
UNITED STATES DISTRICT JUDGE